# SUPER LAW GROUP, LLC

June 24, 2021

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Megan Kitchner, Owner and General Manager
Joseph Abraham, Engineering Manager
Atlantic TNG, LLC
1701 Myrtle St.
Sarasota, FL 34234

**Re:    Notice of Violations and Intent to File Suit under the Federal Water**
**Pollution Control Act**

Dear Ms. Kitchner and Mr. Abraham:

  I am writing on behalf of Suncoast Waterkeeper ("SCWK") in regard to violations of the Federal Water Pollution Control Act ("Clean Water Act" or the "CWA") that Suncoast Waterkeeper believes are occurring at Atlantic TNG, LLC's industrial facility located at 1701 Myrtle Street in Sarasota, FL 34234 ("Facility"). This letter is being sent to Atlantic TNG, LLC, Megan Kitchner, and Joseph Abraham as the responsible owners or operators of the Facility (all recipients are hereinafter collectively referred to as "Atlantic TNG").

  This letter addresses Atlantic TNG's unlawful discharge of pollutants from the Facility into waters of the United States and the ongoing and continuous violations of the substantive and procedural requirements of the State of Florida's Multi-Sector Generic Permit for Stormwater Discharge Associated with Industrial Activity. The Multi-Sector Generic Permit is a National Pollution Discharge Elimination System ("NPDES") permit required under the Clean Water Act that is issued by Florida's Department of Environmental Protection ("DEP") under the authority of Florida Statute Section 403.0885, which authorizes Florida to implement the NPDES program pursuant to authority delegated to the State of Florida by the United States Environmental Protection Agency. Pursuant to Florida Administrative Code ("F.A.C.") Rule 62-621.300(5)(a), Florida adopted the Environmental Protection Agency's original Multi-Sector General Permit issued on September 29, 1995 (60 Fed. Reg. 50804) and subsequent corrections and modifications as amended on February 9, 1996 (61 Fed. Reg. 5248), February 20, 1996 (61 Fed. Reg. 6412), August 7, 1998 (63 Fed. Reg. 42534), September 30, 1998 (63 Fed. Reg. 52430), and January 19, 1999 (64 Fed. Reg. 2898) (hereinafter collectively referred to as the "MSGP").[1]

  To address Atlantic TNG's violations of the Clean Water Act, SCWK intends to file suit against Atlantic TNG, as an organization and on behalf of its adversely affected members, in the United States District Court for the Middle District of Florida, seeking appropriate equitable relief, civil penalties, and other relief no earlier than 60 days from the postmark date of this letter, pursuant to Section 505(a) of the federal Clean Water Act.

---

[1] All references to specific parts of the MSGP in this letter shall be to 60 Fed. Reg. 50804 unless otherwise indicated.

# EXHIBIT A

Notice of Violations & Intent to File Suit
June 24, 2021


I.    **Background.**

   A.  **Suncoast Waterkeeper.**

      Suncoast Waterkeeper is a Sarasota-based non-profit public benefit corporation, organized under the laws of the State of Florida with members throughout Southwest Florida, including Pinellas, Hillsborough, Sarasota, Manatee, and Charlotte Counties.  Suncoast Waterkeeper's mission is to protect and restore the Florida Suncoast's waterways through enforcement, fieldwork, advocacy and environmental education for the benefit of the communities that rely upon these precious coastal resources.

      Suncoast Waterkeeper has been registered as a non-profit corporation in Florida since 2012 and is a licensed member of Waterkeeper Alliance, Inc., an international non-profit environmental organization, made up of over 360 separate Waterkeeper programs.  Suncoast Waterkeeper's members are deeply concerned about water quality throughout Southwest Florida and use area waters for fishing, boating, body contact water sports and other forms of recreation, wildlife observation, aesthetic enjoyment, educational study, and spiritual contemplation. Suncoast Waterkeeper members' use and enjoyment of area waters is diminished by concern over the lack of enforcement of industrial storm water regulations and excessive pollutants being dischargers by area facilities.  To further its mission, Suncoast Waterkeeper actively seeks federal and state implementation of the Clean Water Act.  Where necessary, Suncoast Waterkeeper directly initiates enforcement actions on behalf of itself and its members.

      Members of Suncoast Waterkeeper reside on and near Whitaker Bayou and Sarasota Bay (hereinafter "Receiving Waters").  As explained in detail below, the Facility continuously discharges pollutants into the Receiving Waters, in violation of the Clean Water Act and the MSGP.  On information and belief, Notifying Parties allege that stormwater discharges from the Facility flow into a ditch alongside Myrtle Street, and thus into the Sarasota Municipal Separate Storm Sewer System ("MS4"), which empties into Whitaker Bayou and ultimately Sarasota Bay.

      Suncoast Waterkeeper's members are deeply concerned about water quality throughout western Florida and use the Receiving Waters for fishing, boating, body contact water sports and other forms of recreation, wildlife observation, aesthetic enjoyment, educational study, and spiritual contemplation.  The unlawful discharge of pollutants from the Facility into the Receiving Waters impairs Suncoast Waterkeeper members' use and enjoyment of this water. Thus, the interests of Suncoast Waterkeeper's members have been, are being, and will continue to be adversely affected by the Facility's failure to comply with the Clean Water Act and the MSGP.

   B.  **Description of Activities Alleged to Cause Violations.**

      Concrete manufacturing facilities have been identified as a major source of storm water contamination.  Industrial activities at such facilities include those associated with the combination of cement, aggregate, and water to form concrete.

Notice of Violations & Intent to File Suit
June 24, 2021

Material storage and material handling at concrete product manufacturing plants may release a variety of harmful substances including but not limited to cement, aggregate, concrete, shale, clay, limestone, slate, slag, pumice, fly ash, and admixtures.  60 Fed. Reg. 50804, 50869 (listing common pollutants associated with Sector E—concrete product manufacturing facilities—as of 1995); see also id. at 51145–50 (outlining special requirements for Sector E); EPA, Industrial Stormwater Fact Sheet Series: Sector E, EPA-833-F-06-020, at 2–4 (Feb. 2021), https://www.epa.gov/sites/production/files/2015-10/documents/sector_e_glass.pdf (listing common pollutants associated with Sector E, as of 2021).  Activities associated with casting/forming concrete products may release substances including but not limited to reinforcing steel, latex sealants, and bitumastic coatings.  60 Fed. Reg. 50804, 50869.

In addition to manufacturing of concrete products, such facilities also engage in vehicle and equipment washing.  Forklifts, trucks, and other vehicles track debris, particulate matter, and other contaminants to areas on and off the premises.  Vehicles also expose many other sources of pollution to the elements, including gasoline, diesel fuel, anti-freeze, battery fluids, and hydraulic fluids.  The types of pollutants that are released into the immediate environment by concrete product manufacturing include, among those listed above: toxic metals such as iron, lead, zinc; as well as petroleum products including oil, gasoline, grease, and diesel fuel; battery fluids, acids and solvents; and suspended solids, pH-altering substances, chemical oxygen demand-altering substances, and biochemical oxygen demand-altering substances.

### C.  Atlantic TNG's Sarasota Facility.

The Facility ID for documents submitted to the Florida Department of Environmental Protection ("DEP") is FLR05G716-003.  On its Notice of Intent to Use Multi-Sector Generic Permit for Stormwater Discharge Associated With Industrial Activity ("NOI"), signed by Atlantic TNG on March 7, 2018, Atlantic TNG certifies that the Facility is classified under SIC Code 3272.  It collects and discharges storm water through at least four discharge locations (outfalls).[2]  Atlantic TNG certifies that the receiving water for this location is the City of Sarasota's MS4 system.  On information and belief, SCWK alleges that the outfalls contain storm water that is commingled with runoff from the Facility from areas where industrial processes occur.  The Facility's current coverage under the MSGP is active from March 10, 2018, through March 9, 2023.  This is a continuation from the Facility's previous coverage under the MSGP, which ran from March 7, 2013, through March 6, 2018.

The Facility is primarily engaged in the manufacturing of precast in-ground concrete structures used in either storm or sanitary applications to convey and manage water flows.  According to its website, the Facility is open Monday – Friday from 8:00 am – 5:00 pm.  The majority of activity and storage at the Facility takes place outdoors, where pollutants are exposed to stormwater.  SCWK believes that the Facility releases pollutants of the kinds described above, in part I.B of this letter.

---

[2] Although the Facility's NOI indicates there is only one outfall, the DEP has inspected the Facility and noted that there are four outfalls.

Notice of Violations & Intent to File Suit
June 24, 2021

Information available to SCWK, including Atlantic TNG's reports filed with the DEP, indicates that Atlantic TNG has failed to develop and/or implement sufficient storm water management practices and/or structural controls ("best management practices" or "BMPs") at the Facility to prevent storm water flows from coming into contact with the sources of contaminants to prevent the discharge of pollutants.  SCWK alleges that the Facility lacks sufficiently well-maintained structural controls and practices to minimize exposure of pollutants to stormwater; retain all storm water on site; or prevent contaminants from entering into storm water.

SCWK also alleges that Atlantic TNG does not sufficiently treat contaminated storm water prior to discharge from the Facility.  In addition, the large number of trucks and other vehicles entering and leaving the Facilities from the driveways track significant pollutants off-site onto public streets where rainfall washes these pollutants into storm drains that discharge into waters of the United States.

Further, information available to SCWK indicates that Atlantic TNG has failed to develop and/or implement an adequate Storm Water Pollution Prevention Plans ("SWPPP") and monitoring and reporting program at the Facility.  As a result, the discharges of stormwater associated with industrial activity from the Facility are not in accordance with the effluent limitations contained in Atlantic TNG's NPDES permit.  Therefore, Atlantic TNG is violating Sections 301 and 402 of the Clean Water Act at the Facility.

### D.  Waters Receiving the Facility's Discharges.

With every significant rainfall event, millions of gallons of polluted storm water originating from industrial operations such as the Facility pour into storm drains and local waterways.  In most of the Sarasota Bay area, storm water flows untreated either directly or through municipal storm drain systems into Sarasota Bay and other receiving waters. Stormwater pollution accounts for the majority of the pollution entering the Sarasota Bay environment each year.  Storm water pollution poses a health risk to humans, harms marine life, closes beaches, contaminates the ocean, and harms the environment. These contaminated storm water discharges can and must be controlled for the Sarasota Bay ecosystem to regain its health.

The State of Florida has identified beneficial uses and designated all surface waters of the State of Florida as Class III – Recreation, Propagation and Maintenance of a Healthy, Well-Balanced Population of Fish and Wildlife, except for certain waters which are described in subsection 62-302.400(16), F.A.C. Rule 62-302.400(15), F.A.C.  "Class I, II, and III surface waters share water quality criteria established to protect fish consumption, recreation and the propagation and maintenance of a healthy, well-balanced population of fish and wildlife."  Rule 62-302.400(4), F.A.C.  Pollution from industrial areas impairs the Receiving Waters for these uses.

In Sarasota County, the State of Florida provides the following exception to the Class III, designating the following waters as Class II – Shellfish Propagation or Harvesting: "Sarasota Bay – West of the Intracoastal Waterway Channel centerline."  See 62-302.400(17)(b)(58).

Notice of Violations & Intent to File Suit
June 24, 2021

Whitaker Bayou is listed on the State of Florida's Clean Water Act Section 303(d) list of impaired water bodies. A water body that is listed as impaired cannot support its designated beneficial uses. The beneficial uses of the Whitaker Bayou include aquatic life (estuarine and freshwater habitat, fish migration, fish spawning, preservation of rare and endangered aquatic species, shellfish propagation,) primary contact and recreation, navigation, and fish consumption. Whitaker Bayou is impaired by dissolved oxygen, fecal coliform, and nutrients.

Sarasota Bay and the tidal portions of Whitaker Bayou that receive polluted stormwater from the Facility have exceptional recreational and ecological significance. Pollution from the Facility damages habitat for commercial fishing and sport fishing, estuarine habitat and wildlife habitat that supports fish migration, fish spawning, preservation of rare and endangered species, shellfish propagation, contact and non-contact water recreation and navigation.

The Sarasota Bay Estuarine System is designated as a "Special Water" having been found to have exceptional recreational or ecological significance and that the environmental, social, and economic benefits of the designation outweigh the environmental, social, and economic costs (Rule 62- 302.700(5), F.A.C.). The Sarasota Bay Estuarine System is also afforded special significance and protection as an "Outstanding Florida Water," pursuant to 62-302.400 F.A.C.

## II.    Alleged Violations of the Clean Water Act and the MSGP.

The Clean Water Act provides that "the discharge of any pollutant by any person shall be unlawful" unless the discharger is in compliance with the terms of a NPDES permit. CWA § 301(a), 33 U.S.C. § 1311(a); *see also* CWA § 402(p), 33 U.S.C. § 1342(p) (requiring NPDES permit issuance for the discharge of storm water associated with industrial activities). The Facility discharges storm water pursuant to the MSGP, which authorizes storm water discharges conditioned on the Facility's compliance with the terms of the MSGP. Each of these permit terms constitutes an "effluent limitation" within the meaning of CWA section 505(f), 33 U.S.C. § 1365(f). Information available to SCWK indicates that the Facility's storm water discharges and stormwater management practices have violated several of these permit terms, thereby violating CWA effluent limitations and CWA § 301(a). 33 U.S.C. § 1311(a); *see also* CWA § 402(p), 33 U.S.C. § 1342(p).

### A.   Discharges in Violation of the MSGP.

The MSGP requires the use of BMPs that reflect, and prohibits the discharge of pollutants above the level commensurate with, application of the best available technology economically achievable ("BAT"), which applies to toxic and non-conventional pollutants, and best conventional pollutant control technology ("BCT") for conventional pollutants.[3]  *See* 60 Fed. Reg. at 50812 ("The conditions of this permit have been designed to comply with the technology-based standards of the CWA (BAT/BCT) . . . The pollution prevention or BMP

---

[3] See CWA section 304(b)(2), (b)(4), 33 U.S.C. § 1314. Conventional pollutants are TSS, O&G, pH, biochemical oxygen demand, and fecal coliform. 40 C.F.R. § 401.16. All other pollutants are either toxic or nonconventional. *Id*.; 40 C.F.R. § 401.15.

Notice of Violations & Intent to File Suit
June 24, 2021

requirements in this permit operate as limitations on effluent discharges that reflect the application of BAT/BCT."); *see also* MSGP § XI.E.3.a.3, 60 Fed Reg. at 51146 (requiring Sector E facilities to implement appropriate storm water management controls).

Part XI.E of the MSGP pertains to Sector E facilities[4]—entities that discharge storm water associated with industrial activity from concrete product manufacturing. As described in more detail below, in Section II.B, the MSGP requires dischargers to develop and implement a storm water pollution prevention plan ("SWPPP"). MSGP § IV. Sector E facilities such as Atlantic TNG's Facility must develop and implement a SWPPP that comports with several requirements of Part XI.E of the MSGP. Through the SWPPP, requirements in Part XI.E implement the MSGP's BAT/BCT requirements for Sector E facilities by requiring that the pollution prevention plan minimize pollution and requiring specific BMPs to effectuate such minimization. *See* MSGP Fact Sheet § VI.B, 60 Fed. Reg. at 50812 ("The pollution prevention or BMP requirements in this permit operate as limitations on effluent discharges that reflect the application of BAT/BCT.")

For Facilities in Sector E, the MSGP establishes the following cut-off concentrations ("benchmark values") for pollutants of concern: total suspended solids ("TSS") – 100 mg/L, and total recoverable iron – 1.0 mg/L/. MSGP, § XI.E.5.a. Sector E facilities must compare the average annual concentrations of these parameters in their storm water discharges to these cut-off concentrations and "place special emphasis on methods for reducing the presence of those parameters in storm water discharges" whenever there is an exceedance. 60 Fed. Reg. at 50875 (Monitoring and Reporting Requirements). The benchmark values "provide a reasonable target for controlling storm water contamination by pollution prevention plans." *Id.* at 51076. Thus, the cut-off concentrations are guidelines for determining whether a facility has implemented the requisite BAT/BCT level of control measures. Further, exceedances of cut-off concentrations are reason for concern that pollution may have reached a level "at which a storm water discharge could potentially impair, or contribute to impairing water quality or affect human health from ingestion of water or fish." 60 Fed. Reg. at 50824–25. As described below, the Facility's own storm water samples show numerous exceedances of the cut-off concentrations for pollutants of concern.

The Facility has discharged and continues to discharge storm water with unacceptable levels of TSS and iron in violation of the MSGP. Atlantic TNG's sampling and analysis results reported to DEP confirm discharges of specific pollutants and materials other than storm water in violation of the MSGP provisions listed above. Self-monitoring reports under the Permit are deemed "conclusive evidence of an exceedance of a permit limitation." *Sierra Club v. Union Oil*, 813 F.2d 1480, 1493 (9th Cir. 1988), *vacated on other grounds*, 485 U.S. 931 (1988).

The following discharges of pollutants from the Facility are evidence of past and ongoing violations of the aforementioned sections of Part XI.E of the MSGP.

---

[4] Sector E pertains to facilities with SIC Code 3273. MSGP, Table 4.

Notice of Violations & Intent to File Suit
June 24, 2021

| Sampling Date | Pollutant of Concern | Observed Concentration | Cut-off Concentration | Outfall (as identified by the Facility) |
|---|---|---|---|---|
| 12/17/19 | Total Suspended Solids | 230 mg/L | 100 mg/L | D-001 |
| 4/19/19 | Total Suspended Solids | 468 mg/L | 100 mg/L | D-001 |
| 1/24/19 | Total Suspended Solids | 758 mg/L | 100 mg/L | D-001 |
| 12/6/16 | Total Suspended Solids | 328 mg/L | 100 mg/L | D-001 |
| 7/19/16 | Total Suspended Solids | 696 mg/L | 100 mg/L | D-001 |
| 5/4/16 | Total Suspended Solids | 266 mg/L | 100 mg/L | D-001 |
| 2/24/16 | Total Suspended Solids | 663 mg/L | 100 mg/L | D-001 |
| 12/17/19 | Total Recoverable Iron | 2.51 mg/L | 1.0 mg/L | D-001 |
| 4/19/19 | Total Recoverable Iron | 4.8 mg/L | 1.0 mg/L | D-001 |
| 1/24/19 | Total Recoverable Iron | 6.43 mg/L | 1.0 mg/L | D-001 |
| 12/6/16 | Total Recoverable Iron | 7.19 mg/L | 1.0 mg/L | D-001 |
| 7/19/16 | Total Recoverable Iron | 1.94 mg/L | 1.0 mg/L | D-001 |
| 5/4/16 | Total Recoverable Iron | 3.42 mg/L | 1.0 mg/L | D-001 |
| 2/24/16 | Total Recoverable Iron | 4.637 mg/L | 1.0 mg/L | D-001 |

The information in the above table reflects data gathered from the Facility's self-monitoring during 2016 and 2019.  On information and belief, SCWK alleges that discharges from the Facility have exceeded and continue to exceed the cut-off concentrations for TSS and total recoverable iron.

SCWK's investigation, including their review of the analytical results documenting pollutant levels in storm water discharges from the Facility well in excess of applicable cut-off concentrations, indicates that Atlantic TNG has not developed and/or implemented sufficient BMPs to minimize storm water flows from coming into contact with the sources of contaminants or otherwise to control the discharge of pollutants from the Facility.  Accordingly, Atlantic TNG has not developed and/or implemented adequate pollution controls to meet BAT/BCT at the Facility in violation of the MSGP, and has violated and will continue to violate the Clean Water Act each and every day it has failed to develop and/or implement adequate pollution controls to meet BAT/BCT.  Each discharge of storm water from the Facility constitutes a separate violation of the MSGP and the CWA.

SCWK alleges that such violations also have occurred and will occur on other rain dates, including on information and belief on the date of every discharge that has occurred at the Facility since at least June 24, 2016, and that will occur subsequent to the date of this Notice of Violations and Intent to File Suit.  Appendix I to this Notice set forth lists of specific rain dates on which SCWK alleges that the Facility has discharged storm water containing impermissible and unauthorized levels of pollutants in violation of Section 301(a) of the CWA as well as Part XI.E of the MSGP.[5]  This list of dates is not exclusive and SCWK hereby notifies Atlantic TNG

---

[5] The rain dates on the attached tables are all the days when 0.1" or more rain was observed at the nearest weather station to the Facility.  Rain data was accessed from the National Oceanic and Atmospheric Administration at https://www.ncdc.noaa.gov/cdo-web/.  (Last accessed on June 23, 2021).

Notice of Violations & Intent to File Suit
June 24, 2021

that they intend to take legal action regarding any other days on which they later learn that
Atlantic TNG discharged pollutants from the Facility.

These unlawful discharges are ongoing.  Each discharge of storm water containing any of
these pollutants constitutes a separate violation of the MSGP and the CWA.  Each day that the
Facility operates without implementing BAT/BCT is a violation of the MSGP.  Consistent with
the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to
the federal Clean Water Act, Atlantic TNG is subject to penalties for violations of the MSGP and
the CWA since June 24, 2016.

### B.  Failure to Prepare, Implement, Review and Update Adequate Storm Water Pollution Prevention Plan for the Atlantic TNG Facility.

The MSGP requires dischargers to develop and implement a SWPPP that includes
potential sources of pollution that may be reasonably expected to affect the quality of storm
water discharges associated with industrial activity from a facility as well as BMPs use to reduce
the pollutants in storm water discharges associated with industrial activity at a facility.  MSGP
§ IV, 60 Fed. Reg. at 51115–18.  The MSGP provides that:

> [T]he plan shall describe and ensure the implementation of practices that are to be
> used to reduce the pollutants in storm water discharges associated with industrial
> activity at the facility and to assure compliance with the terms and conditions of
> this permit.  Facilities must implement the provisions of the storm water pollution
> prevention plan required under this part as a condition of this permit.

*Id.*, 60 Fed. Reg. at 51115.

Part XI.E.3 of the MSGP describes the minimum standard Pollution Prevention Plan
Requirements for Sector E facilities such as the Atlantic TNG Facility.  Facilities subject to
Sector E must include, *inter alia*, the following in their SWPPPs: (1) identification of all the
members of a stormwater pollution prevention team responsible for developing and
implementing the SWPPP; (2) a description of potential pollutant sources; (3) a site map
including, *inter alia*, outfall locations, types of discharges in the drainage areas, location where
significant materials are exposed to precipitation, monitoring locations, and flow directions; (4)
an inventory of the types of materials at the site that may be exposed to precipitation; (5) a list of
significant spills and leaks of toxic or hazardous pollutants that occurred at areas that are
exposed to precipitation; (6) a summary of existing discharge sampling data; (7) a narrative
description of potential pollutant sources from various activities; (8) a description and
implementation of appropriate storm water management controls (including many specific
requirements, detailed below); (9) spill prevention and response measures; (10) a quarterly
inspection program; and an (11) an employee training program.  MSGP §§ XI.E.3.a(1),
XI.E.3.a(2), XI.E.3.a(3).

Part XI.E.3.a(3)(a) of the MSGP requires that Sector E facilities develop and implement
appropriate storm water management controls including, but not limited to, the following:

Notice of Violations & Intent to File Suit
June 24, 2021

- Measures "to minimize the discharge of spilled cement, aggregate, kiln dust, fly ash, and settled dust other significant materials in storm water from paved portions of the site that are exposed to storm water." Part XI.E.3.a(3)(a)(i). This requires sweeping or equivalent measures on a weekly basis.

- The prevention of exposure of fine granular solids to storm water. Part XI.E.3.a(3)(a)(ii).

- A preventive maintenance program including, *inter alia*, routine inspections and maintenance of storm water management devices. Part XI.E.3.a(3)(b).

- Procedures to identify and clean up potential spills. Part XI.E.3.a(3)(c).

- At least monthly inspections of equipment designated in the SWPPP with follow-up procedures to ensure that appropriate actions are taken in response to the inspections. Part XI.E.3.a(3)(d).

- Periodic training of all employees responsible for storm water management or implementing activities designated in the SWPPP. Part XI.E.3.a(3)(e).

- Procedures related to the management of non-storm water discharges. Part XI.E.3.a(3)(g). This includes a certification that the storm water discharges have been tested or evaluated for the presence of non-storm water discharges. For facilities producing concrete products, they must "insure that process waste water that results from washing of trucks, mixers, transport buckets, forms or other equipment are discharged in accordance with NPDES requirements or are recycled." Part XI.E.3.a(3)(g)(i).

- "Structural, vegetative, and/or stabilization measures used to limit erosion." Part XI.E.3.a(3)(h).

- Appropriate measures, such as swales, reuse of collected water, inlet controls, infiltration devices, and detention/retention devices. Part XI.E.3.a(3)(i).

60 Fed. Reg. at 51145–46.

Part XI.E.3(a)(4) of the MSGP requires that Sector E facilities conduct, at a minimum once per year, comprehensive site compliance evaluations, include those evaluations in the SWPPP, and revised storm water pollution prevention measures and controls accordingly based on the results of those evaluations.

On information and belief, SCWK alleges that Atlantic TNG's SWPPP for the Facility does not include, and that Atlantic TNG has not implemented, the required minimum and industry specific BMPs necessary to reduce pollutant levels in discharges to BAT and BCT levels. This is evidenced by sources of storm water contamination at the Atlantic TNG Facility, contaminant tracking around and off the Facility, failures to monitor all storm water outfalls, and the Facility's discharges of storm water contaminated above pollutant levels without the requisite application of BAT/BCT. Atlantic TNG's failure to prepare and/or implement an adequate

9

Notice of Violations & Intent to File Suit
June 24, 2021

SWPPP in all the above respects constitute violations of the MSGP.  *See* 60 Fed. Reg. at 50812, 50872 (SWPPP must specify BMPs necessary to attain BAT/BCT levels that are tailored to industry group).

Further, on information and belief, SCWK alleges that the SWPPP for the Facility does not identify all storm water discharge locations, does not describe all pollutant generating activities, and Atlantic TNG has failed to complete the annual comprehensive site compliance evaluations and revise the Facility's SWPPP accordingly, as required by the MSGP.  This is evidenced by sampling of past storm water discharges that have occurred at the Facility and continue to exceed cut-off concentrations.  Despite the clear BMP requirements in the MSGP, on information and belief, SCWK alleges that Atlantic TNG has been conducting and continues to conduct industrial operations at the Facility with an inadequately developed, implemented, and/or revised SWPPP.

Each day that the Facility operates without implementing an adequate SWPPP is a violation of the MSGP.  This violation is ongoing.  Consistent with the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to the federal Clean Water Act, Atlantic TNG is subject to penalties for violations of the MSGP and the CWA since June 24, 2016.

### C. Failures to Conduct Adequate Comprehensive Site Compliance Evaluations and Take Appropriate Action in Response.

Part XI.E.3.a.4 of the MSGP requires Sector E dischargers to conduct comprehensive site compliance evaluations at least once per year.  60 Fed. Reg. at 51147.  This requires a comprehensive review of a facility and its storm water pollution control measures.  The outcome of this evaluation requires revisions to a facility's SWPPP.  *Id.*  On information and belief, SCWK alleges that the Facility has failed to conduct such evaluations and to then appropriately revise its SWPPP, as evidenced by their purported failure to respond to the following requests from the DEP:

- Subsequent to receiving Atlantic TNG's 2019 DMRs for the Facility, DEP sent Atlantic TNG a letter regarding exceedances of the cut-off concentrations for pollutants of concern.  This letter requested "appropriate action(s)" to address the exceedances, including, *inter alia*, re-evaluating the effectiveness of the pollution prevention measures and controls identified in the Facility's SWPPP and documenting the results of this review in the SWPPP.

- On June 21, 2018, DEP sent Atlantic TNG a letter subsequent to a May 23, 2018 NPDES inspection at the Facility.  This letter noted items of concern in attached inspection report.  That report indicated, *inter alia*, that the Facility failed to properly install and maintain BMPs, develop an adequate SWPPP, and conduct required inspections.  DEP required that Atlantic TNG respond within 15 days of receipt.  Suncoast Waterkeeper has not been able to locate a record of Atlantic TNG's response.

10

Notice of Violations & Intent to File Suit
June 24, 2021

SCWK puts Atlantic TNG on notice that it violates the MSGP and the CWA each and every day at the Facility that it operates with an inadequately developed, implemented, and/or revised SWPPP in violation of MSGP Part XI.E.3 and XI.E.3.a.4. These above violations are ongoing, and SCWK will include additional violations as information and data become available. Atlantic TNG is subject to civil penalties for all violations of the CWA occurring at the Facility since June 24, 2016.

### D. Failure to Develop, Implement, and/or Revise Adequate Monitoring and Reporting Requirements.

The MSGP requires facility operators to implement monitoring and reporting requirements that will allow facility operators to determine whether they have adequately reduced the level of pollutants in storm water runoff through the development and proper implementation of the facility's SWPPP. For Sector E facilities, the monitoring and reporting requirements are set forth in MSGP Part XI.E.5. The Facility has repeatedly violated these monitoring requirements.

### 1. Failure to Conduct Required Analytical Monitoring.

Permittees that manufacture concrete products must monitor their storm water discharges at least quarterly during the second and fourth year of the permit term. They must collect samples during sampling periods of January to March, April to June, July to September, and October to December.[6] MSGP § XI.E.5.a(1), 60 Fed. Reg. at 51147. Samples must be "collected from the discharge resulting from a storm event that is greater than 0.1" in magnitude and that occurs at least 72 hours from the previously measurable (greater than 0.1" rainfall) storm event." *Id*. at XI.E.5.a(2).

On information and belief, SCWK alleges that Atlantic TNG failed to take and analyze any samples from a required storm event at the Facility during the third quarter of 2019 consistent with the requirements in MSGP Part XI.E.5.a(2), which requires that, *inter alia*, a discharger take samples from a storm event greater than 0.1" in magnitude and occurring at least 72 hours from the previously measurable (greater than 0.1" rainfall) storm event. On information and belief, SCWK alleges that during the third quarter of 2019, storm event greater than 0.1" that were preceded by 72 hours with storm events less than 0.1" occurred on at least the following dates: July 5, August 29, September 10, and September 19.

In addition, despite the DEP's observation that there are four outfalls at the Facility, Atlantic TNG has only collected and monitored stormwater discharges from one of the outfalls. During at least the past five years, Atlantic TNG has failed to collect and monitor any stormwater samples from the other three outfalls as required by MSGP Part XI.E.5.a(2).

The failure to monitor storm water samples from the requisite storm events at the Facility results in at least 18 violations of the MSGP. These violations of the MSGP are ongoing.

---

[6] SCWK refers to these periods as the first, second, third and fourth quarters of a given permit year. EC

Notice of Violations & Intent to File Suit
June 24, 2021

Consistent with the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to the federal Clean Water Act, Atlantic TNG is subject to penalties for violations of the MSGP and the CWA's monitoring and sampling requirements since at least June 24, 2016.

### 2. Failure to Report Accurate Information Related to Storm Water Discharges.

When reporting their storm water monitoring, facilities must provide "the date and duration (in hours) of the storm event(s) sampled; rainfall measurements or estimates (in inches) of the storm event that generated the sampled runoff; the duration between the storm event sampled and the end of the previous measurable (greater than 0.1 inch (")) rainfall) storm event; and an estimate of the total volume (in gallons) of the discharge sampled."  MSGP § XI.E.5.a, 60 Fed. Reg. at 51148.

On information and belief, SCWK alleges that Atlantic TNG failed to accurately report the duration between the storm event it sampled at the Facility and the end of the previous measurable (greater than 0.1" rainfall) storm event, as required by MSGP Part XI.E.5.a(2):

- Atlantic TNG reported that it sampled a storm water discharge on December 17, 2019, and that it had been 3 days since the last storm event with rainfall greater than 0.1".  However, on information and belief, SCWK alleges that storm events greater than 0.1" occurred at the Facility on December 15, 2019, only two days prior.
- Atlantic TNG reported that it sampled a storm water discharge on April 19, 2019, and that it had been 10 days since the last storm event with rainfall greater than 0.1".  However, on information and belief, SCWK alleges that storm events greater than 0.1" occurred at the Facility on April 15, 2019, only four days prior.
- Atlantic TNG reported that it sampled a storm water discharge on January 24, 2019, and that it had been 20 days since the last storm event with rainfall greater than 0.1".  However, on information and belief, SCWK alleges that storm events greater than 0.1" occurred at the Facility on January 20, 2019, only four days prior.
- Atlantic TNG reported that it sampled a storm water discharge on December 6, 2016, and that it had been 52 days since the last storm event with rainfall greater than 0.1".  However, on information and belief, SCWK alleges that storm events greater than 0.1" occurred at the Facility on October 17, 2016, 50 days prior.

The failure to accurately report storm event information results in at least 4 violations of the MSGP.  These violations of the MSGP are ongoing.  Consistent with the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to the federal Clean Water Act, Atlantic TNG is subject to penalties for violations of the MSGP and the CWA's monitoring and sampling requirements since at least March 31, 2017.

Notice of Violations & Intent to File Suit
June 24, 2021

### 3. Failure to Conduct Quarterly Visual Examination of Storm Water Quality.

In addition to analytical monitoring, dischargers must also take quarterly samples and make visual observations of representative discharges.  MSGP § XI.E.5.c, 60 Fed. Reg. at 51149.  Dischargers must document their observations of color, odor, clarity, floating solids, settled solids, suspended solids, foam, oil sheen, and other obvious indicators of storm water pollution at each discharge location.  *Id.*  These observations are to be recorded and kept onsite with the SWPPP.  *Id.*  Based on the results of the analytic and observational monitoring, dischargers are required to evaluate the need for additional BMPs and modifications to the facility's SWPPP.  60 Fed. Reg. at 50820–27, 50829–30.

On information and belief, SCWK alleges that Atlantic TNG has routinely failed to make required visual observations of representative discharges from the three aforementioned unmonitored outfalls during the past five years.  The failure to make these required visual observations results in at least 60 violations of the MSGP.  These violations of the MSGP are ongoing.  Consistent with the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to the federal Clean Water Act, Atlantic TNG is subject to penalties for violations of the MSGP and the CWA's monitoring and sampling requirements since at least June 24, 2016.

## III.   Persons Responsible for the Violations.

Suncoast Waterkeeper puts Atlantic TNG, LLC, Megan Kitchner, and Joseph Abraham on notice that they are the persons responsible for the violations described above.  If additional persons are subsequently identified as also being responsible for the violations set forth above, Suncoast Waterkeeper puts Atlantic TNG, LLC, Megan Kitchner, and Joseph Abraham on notice that it intends to include those subsequently identified persons in this action.

## IV.   Name and Address of Noticing Party.

The name, address and telephone number of Suncoast Waterkeeper is as follows:

Suncoast Waterkeeper, Inc.
P.O. Box 1028
Sarasota, FL 34230
Tel: (941) 275-2922
jbloom@suncoastwaterkeeper.org

Notice of Violations & Intent to File Suit
June 24, 2021

## V.    Counsel.

Suncoast Waterkeeper has retained legal counsel to represent it in this matter.  Please direct all communications to:

Justin Bloom
P.O. Box 1028
Sarasota, FL 34230
(941) 275-2922
bloomesq1@gmail.com

Douglas J. Chermak
Edan Rotenberg
Super Law Group, LLC
180 Maiden Ln, #603
New York, NY 10038
Tel. (212) 242-2355
doug@superlawgroup.com
edan@superlawgroup.com

## VI.    Penalties.

Pursuant to Section 309(d) of the Clean Water Act (33 U.S.C. § 1319(d)) and the Adjustment of Civil Monetary Penalties for Inflation (40 C.F.R. § 19.4) each separate violation of the Clean Water Act subjects Atlantic TNG to a penalty of up to $56,460 per day per violation.  In addition to civil penalties, Suncoast Waterkeeper will seek injunctive relief preventing further violations of the Clean Water Act pursuant to Sections 505(a) and (d) (33 U.S.C. §1365(a) and (d)) and such other relief as permitted by law.  Lastly, Section 505(d) of the Clean Water Act (33 U.S.C. § 1365(d)), permits prevailing parties to recover costs and fees, including attorneys' fees.

## VII.    Conclusion.

Suncoast Waterkeeper believes this Notice of Violations and Intent to File Suit sufficiently states grounds for filing suit.  Section 505(b) of the Clean Water Act requires a citizen to give notice of intent to file suit sixty (60) days prior to the initiation of a civil action under Section 505(a) of the Clean Water Act (33 U.S.C. § 1365(a)).  Suncoast Waterkeeper intends to file a citizen suit under Section 505(a) of the Clean Water Act against Atlantic TNG and its agents for the above-referenced violations upon the expiration of the 60-day notice period.  In addition to the violations set forth above, this Notice covers all violations of the CWA evidenced by information that becomes available after the date of this Notice of Intent to File Suit.[7]  However, during the 60-day notice period, Suncoast Waterkeeper would be willing to

---

[7] *See, e.g. Public Interest Research Grp. v. Hercules, Inc.*, 50 F.3d 1239, 1248-49 (3d Cir.1995) (a notice that adequately identifies specific violations to a potential defendant also covers repeated and related violations that the plaintiff learns of later. "For example, if a permit holder has discharged pollutant 'x' in excess of the permitted effluent limit five times in a month but the citizen has learned only of four violations, the citizen will give notice of

Notice of Violations & Intent to File Suit
June 24, 2021

discuss effective remedies for the violations noted in this letter.  If you wish to pursue such discussions in the absence of litigation, SCWK suggests that you initiate those discussions within the next 20 days.  SCWK does not intend to delay the filing of a complaint in federal court if discussions are continuing when that period ends.

Sincerely,

Douglas J. Chermak
Super Law Group, LLC
Attorneys for Suncoast Waterkeeper

---

the four violations of which the citizen then has knowledge but should be able to include the fifth violation in the suit when it is discovered.").

15

**<u>SERVICE LIST – via certified mail</u>**

Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Mail Code: 1101A
Washington, D.C. 20460

John Blevins
Acting Regional Administrator
U.S. EPA – Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-8960

Shawn Hamilton
Interim Secretary
Florida Department of Environmental Protection
3900 Commonwealth Boulevard M.S. 49
Tallahassee, FL 32399

Mary Yeargan
Director, Southwest District (TP)
Florida Department of Environmental Protection
13051 N Telecom Parkway
Temple Terrace, FL 33637-0926

# **<u>APPENDIX</u>**
## **Alleged Rain Dates at Atlantic TNG Facility**

| | | |
|---|---|---|
| 6/25/16 | 1/23/17 | 7/24/17 |
| 6/26/16 | 1/24/17 | 7/30/17 |
| 6/27/16 | 1/29/17 | 7/31/17 |
| 6/29/16 | 2/8/17 | 8/1/17 |
| 7/23/16 | 2/19/17 | 8/3/17 |
| 7/28/16 | 2/22/17 | 8/18/17 |
| 7/31/16 | 2/23/17 | 8/24/17 |
| 8/1/16 | 3/14/17 | 8/25/17 |
| 8/6/16 | 4/1/17 | 8/26/17 |
| 8/8/16 | 5/14/17 | 8/27/17 |
| 8/10/16 | 5/17/17 | 8/28/17 |
| 8/11/16 | 5/18/17 | 8/29/17 |
| 8/12/16 | 5/20/17 | 9/3/17 |
| 8/13/16 | 5/21/17 | 9/7/17 |
| 8/14/16 | 5/22/17 | 9/8/17 |
| 8/15/16 | 5/25/17 | 9/11/17 |
| 8/16/16 | 6/2/17 | 9/21/17 |
| 8/18/16 | 6/3/17 | 9/23/17 |
| 8/19/16 | 6/4/17 | 9/24/17 |
| 8/27/16 | 6/6/17 | 9/25/17 |
| 8/28/16 | 6/7/17 | 10/16/17 |
| 8/31/16 | 6/8/17 | 10/24/17 |
| 9/1/16 | 6/9/17 | 10/25/17 |
| 9/2/16 | 6/11/17 | 10/29/17 |
| 9/3/16 | 6/12/17 | 10/30/17 |
| 9/9/16 | 6/14/17 | 11/24/17 |
| 9/10/16 | 6/19/17 | 12/9/17 |
| 9/13/16 | 6/20/17 | 12/10/17 |
| 9/14/16 | 6/23/17 | 1/4/18 |
| 9/26/16 | 6/24/17 | 1/9/18 |
| 9/27/16 | 7/1/17 | 1/24/18 |
| 9/30/16 | 7/6/17 | 1/29/18 |
| 10/1/16 | 7/9/17 | 2/5/18 |
| 10/2/16 | 7/10/17 | 3/7/18 |
| 10/4/16 | 7/11/17 | 3/11/18 |
| 10/16/16 | 7/12/17 | 3/21/18 |
| 10/17/16 | 7/17/17 | 3/31/18 |
| 12/6/16 | 7/19/17 | 4/8/18 |
| 1/4/17 | 7/22/17 | 4/11/18 |
| 1/7/17 | 7/23/17 | 4/16/18 |

## Sarasota Rain Dates

| | | |
|---|---|---|
| 4/24/18 | 8/29/18 | 3/17/19 |
| 5/6/18 | 8/30/18 | 3/19/19 |
| 5/14/18 | 8/31/18 | 3/20/19 |
| 5/16/18 | 9/1/18 | 4/3/19 |
| 5/20/18 | 9/3/18 | 4/5/19 |
| 5/21/18 | 9/4/18 | 4/10/19 |
| 5/22/18 | 9/5/18 | 4/15/19 |
| 5/23/18 | 9/8/18 | 4/20/19 |
| 5/25/18 | 9/9/18 | 5/3/19 |
| 5/26/18 | 9/13/18 | 5/4/19 |
| 5/27/18 | 9/21/18 | 5/9/19 |
| 5/28/18 | 9/22/18 | 5/10/19 |
| 5/31/18 | 9/25/18 | 5/11/19 |
| 6/8/18 | 9/26/18 | 5/13/19 |
| 6/14/18 | 9/27/18 | 5/14/19 |
| 6/19/18 | 9/28/18 | 6/1/19 |
| 6/20/18 | 10/3/18 | 6/9/19 |
| 6/25/18 | 10/11/18 | 6/10/19 |
| 6/26/18 | 10/12/18 | 6/14/19 |
| 6/29/18 | 10/27/18 | 6/16/19 |
| 6/30/18 | 11/3/18 | 6/17/19 |
| 7/1/18 | 11/5/18 | 6/18/19 |
| 7/5/18 | 11/15/18 | 6/19/19 |
| 7/11/18 | 11/27/18 | 6/20/19 |
| 7/19/18 | 12/4/18 | 6/29/19 |
| 7/20/18 | 12/10/18 | 7/5/19 |
| 7/21/18 | 12/15/18 | 7/6/19 |
| 7/22/18 | 12/16/18 | 7/7/19 |
| 7/23/18 | 12/20/18 | 7/8/19 |
| 7/25/18 | 12/21/18 | 7/9/19 |
| 7/26/18 | 12/22/18 | 7/10/19 |
| 7/31/18 | 1/5/19 | 7/12/19 |
| 8/12/18 | 1/20/19 | 7/14/19 |
| 8/13/18 | 1/25/19 | 7/16/19 |
| 8/15/18 | 1/27/19 | 7/18/19 |
| 8/17/18 | 1/28/19 | 7/19/19 |
| 8/23/18 | 2/13/19 | 7/21/19 |
| 8/26/18 | 2/14/19 | 7/23/19 |
| 8/27/18 | 2/27/19 | 7/24/19 |
| 8/28/18 | 2/28/19 | 7/25/19 |

**<u>Sarasota Rain Dates</u>**

| | | |
|---|---|---|
| 7/26/19 | 4/1/20 | 8/20/20 |
| 8/12/19 | 4/6/20 | 8/21/20 |
| 8/13/19 | 4/19/20 | 8/22/20 |
| 8/14/19 | 4/21/20 | 8/23/20 |
| 8/15/19 | 4/25/20 | 8/24/20 |
| 8/16/19 | 4/30/20 | 8/25/20 |
| 8/17/19 | 5/1/20 | 8/27/20 |
| 8/18/19 | 5/16/20 | 8/31/20 |
| 8/20/19 | 5/19/20 | 9/1/20 |
| 8/21/19 | 5/23/20 | 9/4/20 |
| 8/25/19 | 5/24/20 | 9/6/20 |
| 8/29/19 | 5/25/20 | 9/7/20 |
| 8/31/19 | 5/26/20 | 9/8/20 |
| 9/2/19 | 5/30/20 | 9/9/20 |
| 9/4/19 | 6/2/20 | 9/10/20 |
| 9/10/19 | 6/4/20 | 9/11/20 |
| 9/14/19 | 6/5/20 | 9/12/20 |
| 9/19/19 | 6/6/20 | 9/13/20 |
| 9/21/19 | 6/7/20 | 9/14/20 |
| 10/7/19 | 6/11/20 | 9/15/20 |
| 10/8/19 | 6/12/20 | 9/16/20 |
| 10/19/19 | 7/5/20 | 9/19/20 |
| 10/20/19 | 7/6/20 | 9/30/20 |
| 10/26/19 | 7/12/20 | 10/4/20 |
| 10/29/19 | 7/17/20 | 10/10/20 |
| 11/9/19 | 7/18/20 | 10/22/20 |
| 11/24/19 | 7/19/20 | 10/27/20 |
| 12/2/19 | 7/20/20 | 10/30/20 |
| 12/15/19 | 7/23/20 | 11/2/20 |
| 12/18/19 | 7/24/20 | 11/10/20 |
| 12/22/19 | 7/25/20 | 11/11/20 |
| 12/23/19 | 7/27/20 | 11/12/20 |
| 12/24/19 | 8/1/20 | 11/22/20 |
| 12/25/19 | 8/3/20 | 12/1/20 |
| 1/5/20 | 8/5/20 | 12/7/20 |
| 1/30/20 | 8/10/20 | 12/15/20 |
| 2/1/20 | 8/12/20 | 12/17/20 |
| 2/7/20 | 8/14/20 | 12/21/20 |
| 2/16/20 | 8/16/20 | 12/25/20 |
| 2/27/20 | 8/19/20 | 1/8/21 |

**<u>Sarasota Rain Dates</u>**

| | | |
|---|---|---|
| 1/16/21 | 2/18/21 | 4/12/21 |
| 1/28/21 | 2/23/21 | 4/20/21 |
| 2/1/21 | 3/4/21 | 4/21/21 |
| 2/7/21 | 3/7/21 | 6/6/21 |
| 2/8/21 | 3/19/21 | 6/7/21 |
| 2/14/21 | 3/31/21 | 6/17/21 |
| 2/15/21 | 4/2/21 | 6/18/21 |
| 2/16/21 | 4/11/21 | 6/19/21 |