UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SUNCOAST WATERKEEPER,**

    Plaintiff,

v.                                  Case No: 8:21-cv-2168-MSS-SPF

**ATLANTIC TNG, LLC,**

    Defendant.

---

**ORDER**

    **THIS CAUSE** comes before the Court for consideration of the Parties' Joint Motion for Approval of Consent Judgment. (Dkt. 22) In the Joint Motion, the Parties represent that they have reached an agreement to resolve the claims in this action by entry of a consent judgment. (Id.) The Parties further advise that Plaintiff provided the Consent Judgment to the United States Department of Justice for review pursuant to Section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3), and the Department of Justice does not object to its terms. (Id.)

    Upon consideration and review, the Court determines that the Parties' stipulated Consent Judgment is due to be **APPROVED**. Notwithstanding any language contained in the Consent Judgment, this Order is entered on the **STIPULATION** of the Parties, not based on any independent review or findings by the Court other than as to venue and jurisdiction. More specifically and pursuant to the Parties' stipulation, this Order is entered to fully resolve the issues raised by this

case as between the Parties.

Accordingly, it is hereby **ORDERED** that:

1. The Parties' Joint Motion for Approval of Consent Judgment, (Dkt. 22), is **GRANTED**.

1. The Parties' stipulated Consent Judgment, (Dkt. 22-1), attached as an Exhibit hereto and incorporated by reference herein, is **APPROVED** and **ENTERED** by the Court.

2. The **CLERK** is directed to **CLOSE** this case

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of October 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person